# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135097

CHRISTOPHER CALDWELL,
      Plaintiff-Appellee,

v

WASTE MANAGEMENT OF MICHIGAN, INC.,
d/b/a WASTE MANAGEMENT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135097
COA: 280386
Wayne CC: 06-627130-CZ

      On order of the Court, the application for leave to appeal the September 28, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

t0114

_____
Clerk